**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WALLACE ROBINSON, SR.,
ADC #169328**                                                                **PLAINTIFF**

**V.**                          **CASE NO. 4:21-CV-89-JM-BD**

**SHIRLEY LUBIN,** *et al.*                                       **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Recommendation for the dismissal of Mr. Robinson's claims against the ADC and CCS filed by Magistrate Judge Beth Deere. Mr. Robinson has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Robinson's claims against the ADC are DISMISSED, with prejudice. His claims against CCS are DISMISSED, without prejudice.

IT IS SO ORDERED this 16th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE