IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALLACE ROBINSON, SR.**                                                                  **PLAINTIFF**
**ADC #169328**

V.                            NO. 4:21-cv-00089-JM-ERE

**SHIRLEY LUBIN**                                                                          **DEFENDANT**

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge Edie R. Ervin and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

Shirley Lubin's Motion for Summary Judgment (Doc. 21) is GRANTED, and Mr. Robinson's claims against her are DISMISSED, WITHOUT PREJUDICE, based on his failure to fully exhaust his administrative remedies.

Dated this 13th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE