IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALLACE ROBINSON, SR.**  **PLAINTIFF**
**ADC #169328**

V.                              NO. 4:21-cv-00089-JM-ERE

**SHIRLEY LUBIN**  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 13th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE